UNITED STATES DISTRICT COURT
FOR THE DISTRICT OF MARYLAND
(Southern Division)

| | |
|---|---|
| OZELL CARTER | : |
| Plaintiff | : |
| vs. | : |
| | Civil Case No. 11-cv-01081-RWT |
| CAR CENTER, LLC | : |
| Defendant | : |

## STIPULATION OF DISMISSAL WITH PREJUDICE

Comes now the plaintiff, Ozell Carter, by and through his attorneys, Jane Santoni and Williams & Santoni, LLC, and the defendant, Car Center, LLC, d/b/a Car Center of Waldorf, by and through its attorneys, Ronald G. DeWald and Lipshultz and Hone, Chartered and pursuant to Rule 41(a)(1)(A)(ii) of the Federal Rules of Civil Procedure stipulate that this action including all claims of the plaintiff, and any counterclaims, cross-claims and third party claims against all parties and former parties, if any, is dismissed with prejudice.

      /s/ Jane Santoni
Jane Santoni, Esquire
(Signed by Ronald G. DeWald with permission of Jane Santoni)
WILLIAMS & SANTONI, LLP
401 Washington Avenue, Suite 200
Towson, Maryland 21204
Telephone: (410) 938-8666
Facsimile: (410) 938-8668
e-mail: jane@williams-santonilaw.com
**Attorneys for Plaintiff**

/s/ Ronald G. DeWald
Ronald G. DeWald #00564
LIPSHULTZ AND HONE, CHARTERED
Suite 108 - Montgomery Center
8630 Fenton Street
Silver Spring, Maryland 20910
Telephone: (301) 587-8500
Facsimile: (301) 495-9759
e-mail: rdewald@lhlegal.com
**Attorneys for Defendant Car Center, LLC**

## CERTIFICATE OF SERVICE

I HEREBY CERTIFY that a fully executed copy of the foregoing Stipulation of Dismissal With Prejudice was electronically filed and thereby served, and was additionally mailed, via first class mail, postage prepaid on this **13th** day of February, 2012, to:

Jane Santoni, Esquire
WILLIAMS & SANTONI, LLP
401 Washington Avenue, Suite 200
Towson, Maryland 21204
**Attorney for Plaintiff**

/s/ Ronald G. DeWald
Ronald G. DeWald